United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Stephen James Miller, II  
Alicia Marie Miller  
    Debtor(s)

Case No. 19-00801-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 19, 2020 | Form ID: ordsmiss | Total Noticed: 15 |

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen James Miller, II, Alicia Marie Miller, 109 Huckleberry Rd, Jonestown, PA 17038-8112 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Nov 19 2020 23:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5192550 | | EDI: GMACFS.COM | Nov 19 2020 23:58:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 5166823 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 19 2020 19:10:38 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5166824 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 19 2020 19:16:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5166825 | + | EDI: AMINFOFP.COM | Nov 19 2020 23:58:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5272285 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 19:10:38 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5272284 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 19:10:03 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5191497 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 19:11:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5196161 | | Email/Text: camanagement@mtb.com | Nov 19 2020 19:15:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5180715 | + | EDI: JEFFERSONCAP.COM | Nov 19 2020 23:58:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5196180 | + | Email/Text: bncmail@w-legal.com | Nov 19 2020 19:16:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5167971 | + | EDI: RMSC.COM | Nov 19 2020 23:58:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5182390 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 19 2020 19:16:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 5166826 | | EDI: WFFC.COM | Nov 19 2020 23:58:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5264334 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 1 Stephen James Miller II lzaglaw.usa@startmail.com, lzaglaw.usa@startmail.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 2 Alicia Marie Miller lzaglaw.usa@startmail.com lzaglaw.usa@startmail.com |
| Thomas Song | on behalf of Creditor WELLS FARGO BANK N.A. pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Stephen James Miller II, | Chapter 13 |
| **Debtor 1** | |
| Alicia Marie Miller, | Case No. 1:19−bk−00801−HWV |
| **Debtor 2** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: November 19, 2020

By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

ordsmiss (05/18)